377 A.2d 181

Commonwealth, Appellant, v. Mayers.

Submitted September 13, 1976. William T. Nicholas, District Attorney, for Commonwealth, appellant; Calvin S. Drayer, Jr., Assistant Public Defender, for appellee.

OPINION PER CURIAM: The order of April 6, 1976 is reversed, and the case is remanded for consideration of the Commonwealth's Petition for Extension of Time for Commencing Trial, in light of *Commonwealth v. Mayfield*, 469 Pa. 214, 364 A.2d 1345 (1976) and *Commonwealth v. Shelton*, 469 Pa. 8, 364 A.2d 694 (1976).

377 A.2d 181

Commonwealth v. Mesmer, Appellant.

Submitted June 14, 1976. N. A. Patterson, for appellant; Richard M. Serbin, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.